DOCKETED
MAY 6 - 2002

FILED
MAY 0 3 2002

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of Chase Mortgage Co. West F/K/A Mellon Mortgage Co.
Plaintiff vs.
Ronald + Gwendolyn Anderson

JUDGE JOAN B. GOTTSCHALL
UNITED STATES DISTRICT COURT

Case Number: 00 C 3634
Judge Gottschall

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Ronald Anderson and Gwendolyn Anderson

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Ronald Anderson + Gwendolyn Anderson | NAME |
| FIRM | FIRM |
| STREET ADDRESS: 17300 Longfellow Ave. | STREET ADDRESS |
| CITY/STATE/ZIP: Hazel Crest, IL 60429 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: 708-372-3047 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |